UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

LILAAHAR BICAL
   also known as "Sammy," and
DARMIN BACHU,

          Defendants.

- - - - - - - - - - - - -X

UNSEALING ORDER

Criminal Docket No. 16-555 (LDH)

      Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Paul Tuchmann, for an order unsealing the indictment and arrest warrants in the above-captioned matter.

      WHEREFORE, it is ordered that the indictment and arrest warrants in this matter be unsealed.

Dated:   Brooklyn, New York
         November 1, 2016

S/Lashann Dearcy Hall
_____
HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK