

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PT/AAS/DGR
F. #2014R00231

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 16, 2017

<u>By Fedex</u>

All Defense Counsel

   Re: United States v. Lilaahar Bical et al.
     <u>Criminal Docket No. 16-555 (LDH)</u>

Dear Counsel:

  The government hereby makes the following discovery available to you in accordance with Rule 16 of the Federal Rules of Criminal Procedure: a DVD containing a spreadsheet marked BBX-2 and documents Bates-marked BB93366-93370.  An updated index to the government's discovery is enclosed with this letter.

  The government further provides you notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 that the government intends to call as an expert at trial a witness qualified to discuss the technology used for cellular telephone transmissions.  Specifically, the witness will discuss the use of "towers" in various locations to relay such cellular transmissions, and the use of records kept by cellular service providers

to determine the location of a particular cellular telephone at the time of a particular cellular telephone call.

        Very truly yours,

        BRIDGET M. ROHDE
        Acting United States Attorney

By:   /s/ Drew G. Rolle
        Drew G. Rolle
        Paul Tuchmann
        Alexander A. Solomon
        Assistant U.S. Attorneys
        (718) 254-6783

Enclosures

cc:     Clerk of the Court (LDH) (by ECF) (without enclosures)